# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RACHEL BARTZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CHICAGO POLICE OFFICER MARCUS MUDD (#14390), SUPERINTENDENT DAVID BROWN, and CITY OF CHICAGO,<br><br>    Defendants. | Case No. 1:23-cv-02233<br><br>Judge Franklin U. Valderrama<br><br>Magistrate Judge Jeffrey T. Gilbert |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY IN SUPPORT OF THEIR JOINT MOTION TO STRIKE CERTAIN PARAGRAPHS FROM PLAINTIFF'S AMENDED COMPLAINT

Defendants, the City of Chicago ("City"), former Superintendent David Brown ("Superintendent Brown"), and Chicago Police Officer Marcus Mudd ("Officer Mudd") (collectively, "Defendants"), by and through their undersigned counsel, respectfully move the Court for a seven (7) day extension of time, up to and including August 21, 2023, to file their Reply in support of their Joint Motion to Strike Certain Paragraphs from Plaintiff's Amended Complaint. (Dkt. 23.) In support of this Motion, Defendants state as follows:

  1.  Plaintiff filed her Amended Complaint on July 10, 2023. (Dkt. 22.)

  2.  On July 24, 2023, Defendants filed their Joint Motion to Strike Certain Paragraphs from Plaintiffs' Amended Complaint ("the Motion"). (Dkt. 23.)

  3.  Plaintiff filed her Response in opposition to the Motion on August 7, 2023. (Dkt. 29.)

  4.  Defendants' Reply in support of the Motion is currently due on August 25, 2023. (Dkt. 25.)

5. On August 10, 2023, counsel for the parties appeared before Chief Judge Pallmeyer in connection with a similar Motion to Strike filed in *Cosby v. Rodriquez,* No. 1:23-cv-2236, which was also severed from *Protesters in Support of Black Lives et al v. City of Chicago et al.*, No. 20 cv-6851, and in which the parties are represented by the same counsel as in this case. During the course of that hearing, Judge Pallmeyer went through Cosby's pleading paragraph by paragraph and instructed the parties as to which allegations need to be answered and which allegations did not.

6. Defendants thus request an extension of seven (7) days in which to file their Reply in support of the Motion, up to and including August 21, 2023, to allow for time for the parties to meet and confer and determine whether the Motion pending before this Court can be resolved by agreement in light of Judge Pallmeyer's disposition of the Motion to Strike in the *Cosby* case.

7. Plaintiff's counsel does not oppose Defendants' request for a seven-day extension.

8. Defendants' motion for extension of time is made in good faith, for good cause, and not for the purpose of delay. Furthermore, the extension of time requested will not prejudice any party.

WHEREFORE, Defendants, the City of Chicago, Superintendent David Brown, and Chicago Police Officer Marcus Mudd, respectfully request that the Court grant this Unopposed Motion for Extension of Time, extend Defendants' time to file their Reply in support of their Joint Motion to Strike Certain Paragraphs from Plaintiff's Amended Complaint until August 21, 2023, and grant any other relief the Court deems just and proper.

| | |
|---|---|
| Dated: August 14, 2023 | Respectfully submitted, |
| By: /s/ Timothy P. Scahill<br>Special Assistant Corporation Counsel | By: /s/ Andrew S. Murphy<br>Special Assistant Corporation Counsel |
| Timothy P. Scahill<br>tscahill@borkanscahill.com<br>Steven B. Borkan<br>sborkan@borkanscahill.com<br>Whitney N. Hutchinson<br>whutchinson@borkanscahill.com<br>Special Assistants Corporation Counsel<br>BORKAN & SCAHILL, LTD<br>20 South Clark Street, Suite 1700<br>Chicago, IL 60603<br>(312) 580-1030<br><br>***Counsel for Officer Mudd*** | Allan T. Slagel<br>aslagel@taftlaw.com<br>John F. Kennedy<br>jkennedy@taftlaw.com<br>Andrew S. Murphy<br>amurphy@taftlaw.com<br>Adam W. Decker<br>adecker@taftlaw.com<br>Special Assistants Corporation Counsel<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker Drive, Suite 2600<br>Chicago, Illinois 60601<br>(312) 527-4000<br><br>***Counsel for City of Chicago and Superintendent David Brown*** |