## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Rachel Bartz

                Plaintiff,

v.                                             Case No.: 1:23–cv–02233
                                                Honorable Franklin U. Valderrama

Marcus Mudd, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 16, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, Defendants' unopposed motion for extension of time to file their reply in support of their joint motion to strike certain paragraphs from Plaintiff#039;s amended complaint [30] is granted. Defendants report the requested extension is in light of Judge Pallmeyer's disposition of a motion to strike filed in another severed case, Cosby v. Rodriguez Case No. 23–cv–2236, and to allow time for the parties to meet and confer to determine whether the pending motion can be resolved by agreement. Defendants reply now due by 08/21/2023. If the parties agree to resolve the motion to strike by agreement, the parties are instructed to file a status report so noting by 08/21/2023, including a proposed date for the amended complaint to be filed. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.