# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RACHEL BARTZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHICAGO POLICE OFFICER MARCUS MUDD (#14390), SUPERINTENDENT DAVID BROWN, and CITY OF CHICAGO,<br><br>　　　　　Defendants. | Case No. 1:23-cv-02233<br><br>Judge Franklin U. Valderrama<br><br>Magistrate Judge Jeffrey T. Gilbert |

## ORDER

This matter is before the Court on *Defendants' Opposed Joint Motion to Strike Certain Paragraphs from Plaintiff's Amended Complaint* (the "Motion to Strike"), filed by the City of Chicago, former Superintendent David Brown, and Chicago Police Officer Marcus Mudd (collectively, Defendants"). For good cause shown, the Court ORDERS as follows:

1) Defendants' Motion to Strike [R. 23] is DENIED as moot;

2) By September 26, 2023, Defendants City and Mudd shall answer the following Paragraphs from Plaintiff Bartz's Amended Complaint:

　　(a) 1–24,

　　(b) 26–38,

　　(c) 39–62 only as they relate to Plaintiff Bartz,

　　(d) 63, and

　　(e) 87–185;

3) Defendants are excused from answering Paragraphs 25 and 64–86;

4) Defendant Brown shall answer the Amended Complaint, consistent with Paragraphs 2 and 3 above, by October 10, 2023.

5) Plaintiff shall file any Response to Defendant City of Chicago and Superintendent Brown's Partial Motion to Dismiss by October 10, 2023; and

6) Defendant City of Chicago and Superintendent Brown shall file any Reply in support of their Partial Motion to Dismiss by October 31, 2023.

**IT IS SO ORDERED**.

Dated: September 19, 2023

**ENTERED**:

Honorable Franklin U. Valderrama
United States District Judge